IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELENA R. CLARK,**
    Plaintiff,

vs.                                  CASE NO.: 5:05cv25/LAC/MD

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    Defendant.
_____

**REPORT AND RECOMMENDATION**

    This case is before the court upon plaintiff's complaint filed pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Pending is the defendant's motion to remand pursuant to sentence four of § 405(g) (doc. 16). The plaintiff does not oppose the motion according to the certification of the defendant.

    Pursuant to sentence four of 42 U.S.C. § 405(g), the court may "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." The Commissioner of Social Security states that remand is appropriate to specifically identify all of plaintiff's severe impairments. The ALJ will be instructed to properly evaluate plaintiff's fibromyalgia in accordance with applicable regulations, Social Security Rulings ("SSR"), case law and Agency policy, to clearly articulate the weight given to Dr. Alexander's June 2002 opinion regarding plaintiff's functional limitations, to further consider plaintiff's claim, to properly evaluate plaintiff's residual functional capacity ("RFC") by taking into account all of plaintiff's credible exertional and nonexertional limitations and finally, to re-evaluate plaintiff's

ability to perform her past relevant work, taking into account the new RFC finding. Good cause has been shown for remand.

Accordingly, it is RECOMMENDED as follows:

1.  That the defendant's motion to remand (doc. 16) be GRANTED and the Commissioner's decision denying benefits be REVERSED.

2.  That this case be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3.  That defendant be ordered to direct the Administrative Law Judge to properly evaluate plaintiff's fibromyalgia in accordance with applicable regulations, Social Security Rulings ("SSR"), case law and Agency policy, to clearly articulate the weight given to Dr. Alexander's June 2002 opinion regarding plaintiff's functional limitations, to further consider plaintiff's claim, to properly evaluate plaintiff's residual functional capacity ("RFC") by taking into account all of plaintiff's credible exertional and nonexertional limitations and finally, to re-evaluate plaintiff's ability to perform her past relevant work, taking into account the new RFC finding.

4.  That the clerk be directed to enter judgment for plaintiff and close the file.

DONE AND ORDERED this 16th day of September, 2005.


/s/ *Miles Davis*
       MILES DAVIS
       UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and al other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**