IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELENA R. CLARK,**
    **Plaintiff,**

vs.                                        **CASE NO.: 5:05cv25/LAC/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    **Defendant.**
_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 15, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g) and this case is remanded to specifically identify all of plaintiff's severe impairments. The ALJ is instructed to properly evaluate plaintiff's fibromyalgia in accordance with applicable regulations, Social Security Rulings

("SSR"), case law and Agency policy, to clearly articulate the weight given to Dr. Alexander's June 2002 opinion regarding plaintiff's functional limitations, to further consider plaintiff's claim, to properly evaluate plaintiff's residual functional capacity ("RFC") by taking into account all of plaintiff's credible exertional and nonexertional limitations and finally, to re-evaluate plaintiff's ability to perform her past relevant work, taking into account the new RFC finding.

    3.    The clerk is directed to enter judgment for plaintiff and close the file.

DONE AND ORDERED this 16th day of November, 2005.

                  s/*L.A. Collier*
                  LACEY A. COLLIER
                  SENIOR UNITED STATES DISTRICT JUDGE